UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 08 2021
TAMMY H. DOWNS, CLERK
By: Tammy C
DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:21CR00 329 DPM |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. § 841(a)(1), (b)(1)(B) |
| ANTHONY WAYNE MCCOY | ) | 18 U.S.C. § 924(c)(1)(A) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about November 20, 2019, in the Eastern District of Arkansas, the defendant,

ANTHONY WAYNE MCCOY,

knowingly and intentionally possessed with intent to distribute at least 100 grams but less than one kilogram of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT TWO

On or about November 20, 2019, in the Eastern District of Arkansas, the defendant,

ANTHONY WAYNE MCCOY,

knowingly and intentionally possessed with intent to distribute at least 500 grams but less than five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

1

## COUNT THREE

On or about November 20, 2019, in the Eastern District of Arkansas, the defendant,

ANTHONY WAYNE MCCOY,

knowingly and intentionally possessed one or more of the following firearms:

1. a Taurus, .357 Magnum revolver, bearing serial number MA736236;

2. a Kimber Pro Crimson Carry II, .45 caliber pistol, bearing serial number KR173320;

3. a Springfield Armory XC, .45 caliber pistol, bearing serial number XD673800;

4. a Century arms RAS47 pistol, bearing serial number RAS47096041;

5. a Poly Technologies, AK-47S rifle, bearing serial number DF-03034;

6. a RG Industries, RG 40 revolver, bearing serial number R112797; and

7. a KelTec, PF-9 pistol, bearing serial number SQ225,

in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count One and Two of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION ONE

Upon conviction of Count One or Two of this Indictment, the defendant, ANTHONY WAYNE MCCOY, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION TWO

Upon conviction of Count One or Two of this Indictment, the defendant, ANTHONY WAYNE MCCOY, shall forfeit to the United States, under Title 21, United States Code, Section

853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## **FORFEITURE ALLEGATION THREE**

Upon conviction of Count One, Two, or Three of this Indictment, the defendant, ANTHONY WAYNE MCCOY, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.