IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS | ) | 4: 21 CR 00329-01 DPM |
| | ) | |
| ANTHONY WAYNE MCCOY | ) | |

## MOTION FOR CONTINUANCE

Comes now the Defendant, Anthony Wayne McCoy, by and through his attorney, William O. "Bill" James, Jr., and for their petition states:

1. That this matter is currently scheduled for Jury Trial on December 12, 2022, at 9:30 a.m. and for a change of plea hearing on December 8, 2022, at 3:30 p.m.

2. Mr, McCoy has had emergency surgery on his stomach. He will still be in recovery on December 8, 2022. Defense Counsel would request that the jury trial and the change of plea hearing be continued until late January.

3. Assistant U.S. Attorney Stacy Williams, has indicated that she has no objection to this continuance.

4. The Defendant will waive his right to a speedy trial for the duration of this continuance.

**WHEREFORE**, Petitioner prays that this matter be continued and for all other proper relief.

Respectfully submitted,

William O. "Bill" James, Jr.
Bar No. 94108
Attorney for Defendant
James Law Firm
1001 La Harpe Blvd.
Little Rock, AR 72201
(501) 375-0900
E-mail: wojfeds@gmail.com